735 A.2d 704

**COMMONWEALTH of Pennsylvania, Appellant,**

**v.**

**Edward C. LYTLE, Appellee.**

Supreme Court of Pennsylvania.

Submitted Aug. 11, 1999.

Decided Sept. 9, 1999.

Mark R. Zimmer, Dist. Atty., Patrick L. Robinson, First Asst. D.A., for Commonwealth.

Jeffrey J. Wander, Honesdale, for Edward Lytle.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN, and SAYLOR, JJ.

108

## ORDER

PER CURIAM.

Insofar as it is consistent with our dispositions in *Commonwealth v. Williams*, 557 Pa. 285, 733 A.2d 593 (1999) and *Commonwealth v. Gaffney*, 557 Pa. 327, 733 A.2d 616 (1999) we affirm the Order of the Wayne County Court of Common Pleas dated October 29, 1998. Furthermore, we remand the matter to the Superior Court for disposition of any remaining issues.

Jurisdiction is relinquished.